*July 26, 2017*

2017-Ohio-6964.]

**2016–0824.   State ex rel. Petric v. Bracy.**
In Habeas Corpus. Sua sponte, cause dismissed. On petitioner's application for declaratory judgment. Application denied. On petitioner's motion to lift stay. Motion granted. On petitioner's motion for summary judgment. Motion denied. On petitioner's motions to withdraw and motion to reinstate. Motions denied as moot.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0199.   State ex rel. Prichard v. Erdos.**
In Habeas Corpus. Sua sponte, cause dismissed. On petitioner's "motion to issue habeas corpus forthwith." Motion denied as moot.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0328.   Carner v. Bracy.**
In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0545.   Lentz v. Dept. of Rehab. & Corr. Bur. of Sentence Computation.**
In Mandamus. On relator's motion to stay. Motion denied. On respondent's motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, O'NEILL, FISCHER, and DEWINE, JJ., concur.

FRENCH, J., dissents in part and would deny the motion to dismiss and grant an alternative writ.

**2017–0549.   Rash v. Fifth Dist. Court of Appeals.**
In Mandamus. On respondents' motions to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0605.   Carman v. Pinkney.**
In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0615.   Harris v. Bracy.**
In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0619.   Harmon v. Hoffman.**
In Mandamus and Prohibition. On respondents' motion to dismiss. Motion granted. Cause dismissed. On relator's motion to strike. Motion denied as moot.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0625.   Bell v. Hamilton Cty. Courthouse.**
In Mandamus. On respondent's motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0626.   State ex rel. Hillman v. Franklin Cty. Appellate Court Judges.**
In Prohibition. On relator's motion for leave to supplement complaint. Motion denied. On respondents' motion to dismiss. Motion granted. Cause dismissed. On relator's request to relieve him from electronic filing. Request denied. On respondents' motion to stay discovery. Motion denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, O'NEILL, FISCHER, and DEWINE, JJ., concur.

FRENCH, J., concurs in part and dissents in part and would grant relator's motion for leave to supplement complaint.